TJERCK D. W. WHITAKER, Respondent. *v.* CHARLES BURHANS,
Appellant.

(Argued January 5, 1875; decided May term, 1875.)

THIS was an action of trespass.   The *locus in quo* was certain
flats or fishing grounds upon the Hudson river, below the mouth
of Esopus creek.   The alleged trespass consisted in entering
upon the flats and driving stakes for the purposes of drawing
nets, etc.   Plaintiff claimed under a patent granted by George
III, King of Great Britain, to one Hugh Patrick, dated Jan-
uary 16, 1768.   The question whether the *locus in quo* was
embraced in the description in the grant was contested on the
trial.   The court directed a verdict for plaintiff.   The judg-
ment was reversed simply upon the ground that the question
as to whether the *locus in quo* was included in the grant
should have been submitted to the jury.   Upon the other
questions discussed, a majority of the commission did not
agree.

*John A. Van Etten* for the appellant.

*M. M. Schoonmaker* for the respondent.

DWIGHT, C. reads for reversal and new trial; REYNOLDS, C.,
concurs; EARL, J., concurs in result.
GRAY, C., reads for affirmance; LOTT, Ch. C., concurs.
Judgment reversed.